# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

TERI HANEY                                                                 PLAINTIFF

v.                                CASE NO. 2:22-CV-2009

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                          DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations (Doc.17) from United States Magistrate Judge Barry A. Bryant. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this March 2, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE